JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA DOLLIVER, an individual,<br><br>       Plaintiff,<br><br>       vs.<br><br>HEI HOTELS, L.L.C., A DELAWARE LIMITED LIABILITY CORPORATION; MERRITT HOSPITALITY, LLC, A DELAWARE LIMITED LIABILITY CORPORATION; PASADENA HOTEL OPERATOR, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>       Defendants. | Case No. 2:20−cv−04374 RGK (MRWx)<br>[Assigned to the Hon. R. Gary Klausner, Courtroom No. Courtroom 850, 8th Floor]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint 04/10/2020<br>Trial Date: 08/31/2021 |

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE

73425076v.1

**[PROPOSED] ORDER**

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: __July 26, 2021__     _____
　　　　　　　　　　　　　　　 Hon. R. Gary Klausner
　　　　　　　　　　　　　　　 United States District Court

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE

73425076v.1